615 A.2d 734

FR & S INC., a Pennsylvania corporation, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT of ENVIRONMENTAL RESOURCES, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1992.

Decided Nov. 16, 1992.

Norman C. Matlock, Asst. Counsel, for appellant.

William F. Fox, Harleysville, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY, J., dissent and would reach the merits of the case.